UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>SHOP & SAVE, INC., d/b/a RIO LINDA LIQUOR; JATINDER SINGH,<br><br>  Defendants. | No. 2:21–cv–1966–MCE–CKD (PS)<br><br>ORDER TO STAY PROCEEDINGS & REFERRAL TO VDRP |

Based on the nature of the case and defendant Singh's February 28, 2022, declaration (ECF No. 14), the court finds it appropriate to refer the action to the court's Voluntary Dispute Resolution Program ("VDRP"), which frequently handles ADA disputes.

In the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties some additional time to pursue an early informal resolution of this matter with the assistance of a third-party neutral, the court finds it appropriate to stay the action and refer it to VDRP.

Accordingly, IT IS HEREBY ORDERED that:

1. The action is STAYED, and the action is REFERRED to VDRP.

///

///

1

2. Within fourteen (14) days of the entry of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate third-party neutral.

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

    a. The Clerk of Court shall enclose a courtesy copy of Local Rule 271 with the service of this order on pro se defendant Jatinder Singh.

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(*o*).

5. Any party that objects to this referral to VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to VDRP.

Dated: March 2, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19.gilb.1966