Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 2:21-cv-01966-KJM-CKD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| SHOP & SAVE, INC. dba RIO LINDA LIQUOR; JATINDER SINGH; | |
| Defendants. | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 22, 2022                MOORE LAW FIRM, P.C.


                                       _/s/ Tanya E. Moore_____
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Darren Gilbert